# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT CITRUS COOPERATIVE, INC., a corporation, a/t/a PARAMOUNT CITRUS ASSOCIATION<br><br>　　　　Plaintiff,<br><br>vs.<br><br>H&M PRODUCE, INC., a corporation, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:08-cv-01210-AWI-SMS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 19)<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Doc. 11)<br><br>ORDER DIRECTING CLERK TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF |

Plaintiff is proceeding with counsel in this civil action. The matter was referred to a the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19).

On October 24, 2008, the Magistrate Judge filed Findings and a Recommendation herein which was served the parties and contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.   The Findings and Recommendation, filed October 24,
3    2008, are ADOPTED IN FULL;

4    2.   Plaintiff's motion for default judgment, filed
5    September 29, 2008, is GRANTED IN PART and DENIED IN PART; and,

6    3.   The Clerk of the Court is DIRECTED to enter judgment in
7    favor of plaintiff, Paramount Citrus Cooperative, Inc., a
8    corporation, a/t/a Paramount Citrus Association, and against
9    defendants, Hector Mercado and Mirta Mercado, individually, and
10   against defendant H&M Produce, Inc., on all claims as follows:

    a.   $28,826.50 in damages;

    b.   reasonable attorney's fees of $2,585.00;

    c.   $350.00 in costs;

    d.   pre-judgment interest at the rate of ten per cent (10%) per annum, amounting to $5,261.74 to the date of filing of the motion for default judgment on September 29, 2008; and,

    e.   post-judgment interest at the federal rate pursuant to 28 U.S.C. § 1961, to be calculated "from the date of the entry of judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment."

IT IS SO ORDERED.

**Dated:   December 23, 2008**        /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE